# EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| In re JANSSEN INC., | ) | |
| | ) | |
| Petitioner, | ) | No. _____ |
| | ) | |
| To Issue Subpoenas For The Taking Of Depositions. | ) ) | |
| | ) | |

**[PROPOSED] ORDER**

Pursuant to 28 U.S.C. § 1782, this Court hereby grants the application of Janssen Inc. to serve the attached deposition subpoenas on Paul Sakorafas and Michael Roguska ("Respondents").

Messrs. Sakorafas and Roguska shall be deposed on May 2 and 3, 2013, respectively, concerning their involvement in the subject matter of the patent in issue in the civil proceeding pending before the Federal Court in Toronto, Canada ("The Federal Court") styled *Abbott Laboratories Ltd. et al. v. Janssen Inc.* (Dkt. T-1310-09).

The requested depositions are to take place before a Notary Public or other officer authorized by law to administer oaths. The depositions shall be recorded using transcription means and shall continue day to day until completed.

The examination of the witnesses is to be in accordance with the *Federal Court Rules* of the Federal Court.

Dated: _____, 2013

2168378.1