# EXHIBIT 2

Federal Court  Cour fédérale

Date: 20110919

Docket: T-1310-09

Toronto, Ontario, September 19, 2011

BETWEEN:

ABBOTT LABORATORIES LIMITED
ABBOTT GMBH & CO., KG AND
ABBOTT BIOTECHNOLOGY LTD.

Plaintiffs

and

JANSSEN INC.

Defendant



## LETTER OF REQUEST

**TO THE JUDICIAL AUTHORITIES OF MASSACHUSETTS:**

A PROCEEDING IS PENDING IN THIS COURT between the above noted parties.

IT HAS BEEN SHOWN TO THIS COURT that it appears necessary for the purpose of justice that a witness residing in your jurisdiction be examined there.

THE IDENTITY AND ADDRESS OF THOSE WITNESSES ARE Paul Sakorafas of 25 Old Winchester Street, Newton Highlands, Massachusetts and Michael Roguska of 16 Hilldale Road, Ashland, Massachusetts.

**THIS COURT NOW STATES THE FOLLOWING:**

THE NATURE AND PURPOSES OF THE PROCEEDINGS AND A SUMMARY OF FACTS
This is a civil lawsuit proceeding in the Federal Court. The Plaintiffs allege that the Defendant infringes one of their patents. The Defendant denies infringement and alleges that the patent is invalid on various grounds.

EVIDENCE TO BE OBTAINED
The Defendant seeks the oral testimony of Paul Sakorafas and Michael Roguska for use in this action.

SUBJECT MATTER ON WHICH THE WITNESSES ARE TO BE EXAMINED
Paul Sakorafas and Michael Roguska are each named as an inventor of the patent in issue. They will each be examined with respect to their involvement in the subject matter of the patent in issue.

AND YOU ARE REQUESTED, in furtherance of justice, to cause Paul Sakorafas and Michael Roguska to be examined before an examiner of the court by the means ordinarily used in your jurisdiction and, if necessary, to secure attendance.

IT IS FURTHER REQUESTED that you permit the conduct of the examination of the witnesses to be in accordance with the *Federal Courts Rules*.

IT IS FURTHER REQUESTED that the evidence be given under oath or affirmation.

AND WHEN YOU REQUEST IT, the Federal Court (or Federal Court of Appeal) is ready and willing to do the same for you in a similar case.

THIS LETTER OF REQUEST is signed and sealed by order of the Court made

September 19, 2011

Issued by: "Kevin Aalto"
    Kevin R. Aalto, Esquire, Case Management Judge

Address of local office: 180 Queen Street West
    Toronto, Ontario M5V 3L6

I HEREBY CERTIFY that the above document is a true copy of the original issued out of / filed in the Court on the _____ day of ___SEP 19 2011___ A.D. 20___

Dated this _____ day SEP 19 2011 20___

BERNADETTE MORAGA
REGISTRY OFFICER
AGENT DU GREFFE